# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

BRUNO ARAUJO DOS SANTOS

VERSUS

US IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.

CIVIL ACTION

21-416-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 1, 2024, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice

Signed in Baton Rouge, Louisiana the 5th day of June, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 2.